Frances Masury Redfield v. Edith M. Sturges and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

Miller-Schlott, Inc., Substituted as Plaintiff in Place and Stead of Ernest Paolucci, v. City of New York, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Equitable Office Building Corporation v. Charles L. Craig.— Motion for leave to appeal to the Court of Appeals or for a reargument of exceptions heard in this court in the first instance denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

Frederick W. Griffiths v. Associated Gas and Electric Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

Assunta Mio Frederici v. Cosulich Line and Cosulich Societa Triestina di Navigazione.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of The People of the State of New York, by Thomas F. Behan, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the Equitable Casualty and Surety Company. Stockholders Committee of the World Exchange Bank, in Liquidation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Anna Colt v. Jack Colt.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

Dora Walker, an Infant, by Samuel Walker, Her Guardian ad Litem, and Samuel Walker v. Frances Bachman.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Townley, Merrell, Glennon and Untermyer, JJ.

The People of the State of New York ex rel. Louis Ianno v. Warden of Penitentiary.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

William L. Wilson v. Lillian Riggs, Also Known as Lillian Vernon and/or Lona Vale.— Motion for leave to appeal to the Court of Appeals and for a stay granted; question certified. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 33.]

In the Matter of Albert A. Addelston, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.